**Order entered October 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01284-CR
### No. 05-15-01285-CR

## LATOYA DENISE MCMULLEN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause Nos. F14-24837-U, F14-24545-U

## ORDER

The Court **GRANTS** the April 19, 2016 motion of Bruce C. Kaye for leave to withdraw as appointed counsel on appeal.

We **ORDER** the Clerk of the Court to **STRIKE** the *Anders* brief.

We **ORDER** the trial court to appoint new counsel to represent Latoya Denise McMullen on these appeals. We **ORDER** the trial court to file a supplemental clerk's record, within **THIRTY DAYS** from the date of this order, that contains written notification of the name of the new court-appointed attorney and the date of appointment.

We **DIRECT** the Clerk of the Court to send a copy of this order to Latoya Denise McMullen, Bookin No. 15051446, Dallas County Jail, North Toer 7W09, P. O. Box 660334, Dallas, Texas, 75266-0334.

These appeals are **ABATED** to allow the trial court to comply with the above order. These appeals shall be reinstated thirty days from the date of this order or when the written notification of new court-appointed counsel is received, whichever is earlier.

/s/    MOLLY FRANCIS
JUSTICE